# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SAID ELMAJZOUB,<br><br>   Plaintiff,<br>v.<br>TERNES, et al.,<br><br>   Defendants. | 3:19-cv-00255-MMD-CSD<br><br>**ORDER** |

On May 17, 2022, Defendant Barrett filed her Motion for Summary Judgment (ECF No. 25) in this action. To date, Plaintiff has failed to oppose the motion.

Plaintiff shall be given an additional **twenty (20) days** from the date of this order within which to file a response to Defendant's Motion for Summary Judgment (ECF No. 25).

**IT IS SO ORDERED.**

DATED: June 15, 2022.

_____
UNITED STATES MAGISTRATE JUDGE