1  AARON D. FORD
    Attorney General
2  JOHN C. DORAME, Bar No. 10029
    Deputy Attorney General
3  State of Nevada
    100 N. Carson Street
4  Carson City, Nevada 89701-4717
    Tel: (775) 684-1261
5  E-mail: jdorame@ag.nv.gov
    *Attorneys for Defendant*
6  *Stacy Barrett*

7                    **UNITED STATES DISTRICT COURT**

8                         **DISTRICT OF NEVADA**

9  SAID ELMAJZOUB,
                                           Case No. 3:19-cv-00255-MMD-CSD
10                Plaintiff,

11 vs.
                                           **STIPULATION AND ORDER FOR**
12 TERNES, et al.,                         **DISMISSAL WITH PREJUDICE**

13                Defendants.

14         IT IS HEREBY STIPULATED and agreed by and between Plaintiff Said

15 Elmajzoub, *pro se*, and Defendant Stacey Barrett, by and through counsel, Nevada

16 Attorney General, Aaron D. Ford, and Deputy Attorney General, John C. Dorame, that

17 pursuant to Federal Rule of Civil Procedure 41(a)(1), that this action should be dismissed

18 in its entirety with prejudice by order of this Court.

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

1    This Stipulation for Dismissal with Prejudice is executed as part of an out-of-

2  court settlement between the parties.  Pursuant to the terms of the parties' settlement

3  agreement, each party hereto shall bear its own attorney's fees and costs.

4  DATED this _15_ day of July, 2022.              DATED this 31st day of October, 2022.

5                                                  AARON D. FORD
                                                   Attorney General
6

7

8  By: _____              By: _/s/John C. Dorame_____
       SAID ELMAJZOUB (#1034685)                  JOHN C. DORAME
9      *Plaintiff, Pro Se*                         Deputy Attorney General

10                                                 *Attorneys for Defendants*

11

12

13                                          IT IS SO ORDERED.

14                                          _____

15                                          U.S. DISTRICT JUDGE

16                                          DATED _10/31/2022_____

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 31st day of October, 2022, I caused to be served, a true and correct copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, by U.S. District Court CM/ECF Electronic Filing on:

Said Elmajzoub, #1034685
Lovelock Correctional Center
1200 Prison Road
Lovelock, Nevada 89419
LCC_lawlibrary@doc.nv.gov

An employee of the
Office of the Attorney General

3